UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL E. MICKLES,<br><br>                              Plaintiff,<br><br>   -against-<br><br>SOUTHERN DISTRICT OF ALABAMA (MOBILE, AL), et al.,<br><br>                              Defendants. | 1:21-CV-10318 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 6, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* statute while he is a prisoner unless he is under imminent danger of serious physical injury. *See id.*

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 6, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge